IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| ALEGRE, INC., | : | CASE NO. 06 CV 0136 |
| Plaintiff and Counterclaim Defendant, | : | (Judge Walter Herbert Rice) |
| | : | |
| v. | | |
| | : | |
| MIRAE METAL TECH CO., LTD., | : | **ORDER GRANTING JOINT MOTION FOR STAY OF PROCEEDINGS** |
| Defendant and Counterclaimant, | : | |
| and | : | |
| MMT USA, INC., | : | |
| Defendant. | : | |

It is hereby ORDERED that all proceedings in this action are stayed, effective as of the date of this Order, pending resolution of the claim filed by Alegre, Inc. ("Alegre") on July 27, 2006, in <u>In re Delphi Automotive Systems, LLC</u>, Case No. 05-44640 (Bankr. S.D.N.Y.). The parties are ORDERED to report to the Court within twenty (20) days of a decision on Alegre's proof of claim.

Dated this 23rd day of august, 2006.

_____
UNITED STATES DISTRICT JUDGE

171816.1

DAYTON/600131 v.02